UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                                    Case Number: 12-25415 GMB

Debtor: Catherine Ratay

| Check Number | Creditor | Amount |
|---|---|---|
| 1824779 | PHH Mortgage Corporation | 4,124.04 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  November 14, 2013